# PETTY OFFENSE MINUTE SHEET

Case No.: 7:16MJ113
Date: ~~10/20/2016~~ 12/15/16

Defendant: James M. Smith          Counsel: Waived

PRESENT: Judge: Robert S. Ballou, U. S. Magistrate Judge
Deputy Clerk: K. Brown                Time in court: 1:05 - 1:15
Court Reporter: K. Brown/FTR
AUSA: Charlene Day
Ranger: Hanna
USPO:

[x] Initial Appearance. Defendant advised of charges, rights and nature of proceedings.
[x] Defendant waives counsel; advises court wishes to proceed today without counsel.
[x] Defendant requests appointment of counsel.   [ ] Court grants request for appointment of counsel.
[ ] Motion for continuance by [ ] Defendant [ ] Government. Court trial continued to _____.
[ ] Motion to dismiss by government / defendant – (ruling).

DEFENDANT PLEADS:

| CASE NO(S). | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 716MJ113 | X | | | Consumption of alcohol by person under 21 years of age (BAC .13) |
| # | | | | - |
| # | | | | - |
| # | | | | - |

[x] Defendant sworn, questioned and advised of rights on plea of guilty. Government proffers/presents evidence to support plea and rests.

[ ] Court trial held.
Comments: TUA 1 yr. Comments from ranger. Comments from defendant.

DISPOSITION:

| CASE NO(S). | GUILTY | NOT GUILTY | DISMISSED | SENTENCE |
|---|---|---|---|---|
| 716MJ113 | X | | | - Charge amended to CFR |
| # | | | | - TUA 1 yr. |
| # | | | | - Dismiss after year if no further issues. No issues at college. AUSA may mvt to dismiss after 6 mos. if dft has no issues |
| # | | | | |

**Payment Schedule**   [ ] Today   [ ] 30 days   [ ] ___days   [ ] other:

☐ Government presents evidence regarding sentencing and rests.
☐ Defendant presents evidence regarding sentencing and rests.
☐ Court orders presentence report. Sentencing set for _____.
☐ Government moves for detention.
☐ Government does not oppose bond.
☐ Detention/Bond Hearing held.
☐ Defendant released on bond. Bond set at $_____.
☐ Probation
☐ Imprisonment as condition of probation ☐ weekends as directed by BOP ☐ immediate confinement
☐ Restricted license
☐ VASAP
☐ Interlock Ignition
☒ Defendant advised of rights on appeal
☐ Restitution
☐ 18 USC 3607

Aditional information:

Government moves to amend charges
36 CFR 2.35
Granted.