# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 7:16-mj-00113 |
| ) | |
| **JAMES M. SMITH** ) | |

## ORDER

The Defendant stands charged before this Court with a petty offense. As the result of proceedings held on this date, at which the Defendant pleaded guilty and the Government proffered evidence of the offense to the Court, I hereby find it proper to **TAKE UNDER ADVISEMENT** a finding of guilt and any sentencing disposition until December 21, 2017, subject to the following conditions:

1. The Defendant shall continue with his education and not violate any rules on his college campus.

2. The Defendant shall not violate any federal, state or local law.

Upon satisfaction of these conditions, the Court will dismiss the charges. The US Attorney's Office shall have the discretion to dismiss the charge after six months if the Defendant remains of good behavior. Failure to comply with all terms and conditions set forth above may result in a finding of guilt, and a disposition subjecting Defendant to any penalties provided for under federal law.

It is so **ORDERED**.

Enter: December 21, 2016

/s/ Robert S. Ballou

Robert S. Ballou
United States Magistrate Judge